■ MICHAEL ABBADONZA, Respondent, v DON M. BROWN, Appellant.—Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant Brown's motion for a discretionary change of venue pursuant to CPLR 510 (3). Defendant's submissions were insufficient to demonstrate entitlement to that relief *(see, Zinker v Zinker,* 185

AD2d 698; *Unifirst Corp. v Gaslin,* 166 AD2d 930). (Appeal from Order of Supreme Court, Niagara County, Ricotta, J.—Change of Venue.) Present—Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ.